AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  NEW YORK

C. KELLY, on behalf of herself and all
Other Similarly Situated,
        Plaintiffs,

v.

RC2 CORPORATION,
        Defendant.

**APPEARANCE**

Case Number:  07-CV-2525

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RC2 Corporation.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/22/2007 | s/Lawrence R. Bailey |
| Date | Signature |
| | Lawrence R. Bailey      LRB-3267 |
| | Print Name      Bar Number |
| | Hodgson Russ LLP, 60 East 42nd Street, 37th Floor |
| | Address |
| | New York    New York    10165-0150 |
| | City    State    Zip Code |
| | (212) 661-3535    (212) 972-1677 |
| | Phone Number    Fax Number |