UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

C. KELLY, on behalf of herself and all Others
Similarly Situated,

                      Plaintiffs,

    v.                                                     Civil No. 07-CV-2525

RC2 CORPORATION,

                      Defendant.

## **STIPULATION**

        IT IS HEREBY STIPULATED by and between the parties that defendant, RC2 Corporation, has an extension of time to answer the complaint until September 30, 2007.

**BALESTRIERE PLLC**　　　　　　　　　**HODGSON RUSS LLP**
*Attorneys for Plaintiff*　　　　　　　　　　*Attorneys for Defendant RC2 Corporation*


By:   <u>s/Craig Stuart Lanza</u>　　　　　By:   <u>s/Lawrence R. Bailey, Jr.</u>
        John Balestriere (JB-3247)　　　　　　       Lawrence R. Bailey, Jr. (LRB-3267)
        Craig Stuart Lanza (CL-2452)　　　　The Guaranty Building
225 Broadway Suite 2700　　　　　　　　140 Pearl Street Suite 100
New York, New York  10007　　　　　　Buffalo, New York  14202
(212) 374-5401　　　　　　　　　　　　　(716) 856-4000


080262/00016 BFLODOCS 2032515v2