UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

C. KELLY, on behalf of herself and all Others
Similarly Situated,

                                Plaintiffs,

v.                                             Civil No. 07-CV-2525

RC2 CORPORATION,

                                Defendant.

---

## **STIPULATION**

      IT IS HEREBY STIPULATED by and between the parties that the above-referenced action be stayed pending the ruling of the Judicial Panel on Multidistrict Litigation ("JPML") on RC2's Motion for Transfer of Actions to the Northern District of Illinois for Coordinated Pre-Trial Proceedings Pursuant to 28 U.S.C. § 1407.

| | |
|---|---|
| **BALESTRIERE PLLC**<br>*Attorneys for Plaintiff* | **HODGSON RUSS LLP**<br>*Attorneys for Defendant RC2 Corporation* |
| By: _[signature]_<br>John Balestriere (JB-3247)<br>Craig Stuart Lanza (CL-2452)<br>225 Broadway Suite 2700<br>New York, New York 10007<br>(212) 374-5401 | By: _[signature]_<br>Lawrence R. Bailey (LRB-3267)<br>The Guaranty Building<br>140 Pearl Street Suite 100<br>Buffalo, New York 14202<br>(716) 856-4000 |

                                                   **SO ORDERED:**

080262/00016 GBDOCS 863533v1

                                                    **U.S.D.J.**