UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

C. KELLY, on behalf of herself and all Others
Similarly Situated,

                Plaintiffs,

v.                                                  Civil No. 07-CV-2525

RC2 CORPORATION,

                Defendant.

---

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties that the above-referenced action be stayed pending the ruling of the Judicial Panel on Multidistrict Litigation ("JPML") on RC2's Motion for Transfer of Actions to the Northern District of Illinois for Coordinated Pre-Trial Proceedings Pursuant to 28 U.S.C. § 1407.

**BALESTRIERE PLLC**
*Attorneys for Plaintiff*

By: _____
    John Balestriere (JB-3247)
    Craig Stuart Lanza (CL-2452)
225 Broadway Suite 2700
New York, New York 10007
(212) 374-5401

080262/00016 GBDOCS 863533v1

**HODGSON RUSS LLP**
*Attorneys for Defendant RC2 Corporation*

By: _____
    Lawrence R. Bailey (LRB-3267)
The Guaranty Building
140 Pearl Street Suite 100
Buffalo, New York 14202
(716) 856-4000

SO ORDERED:

s/Frederic Block, Sr. USDJ
U.S.D.J.
9/26/07