

**August Marziliano**

12/19/2007 10:57 AM

To: Tiffeny Lee
cc:
bcc:
Subject: Fw: MDL No. 1893 Initial Transfer Order - INFORMATION ONLY

Eastern District of New York
C. Kelly v. RC2 Corp., C.A. No. 1:07-2525

Tif please docket anf file attachment.   Do not transfer yet
AThanks Augie

---



**August Marziliano, Administrative Specialist / Budget Analyst**
**United States District Court, Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, New York  11201**

----- Forwarded by August Marziliano on 12/19/2007 10:54 AM -----



MDLPanelOrders

Sent by: Mecca S Thompson

12/19/2007 10:09 AM

cc

Subject: MDL No. 1893 Initial Transfer Order - INFORMATION ONLY

TO THE TRANSFEROR CLERKS OF THE FOLLOWING COURTS:

EASTERN DISTRICT OF ARKANSAS
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT OF INDIANA
DISTRICT OF NEW JERSEY
EASTERN DISTRICT OF NEW YORK

Dear Clerks:

Re: MDL No.1893 -- IN RE: RC2 Corp. Toy Lead Paint Products Liability Litigation

This transmittal is for information purposes only, there is no action required at this time.

Attached as a separate document is a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter. A certified copy of this order has also been transmitted via email today to the Northern District of Illinois. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "...A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district court. With the advent of electronic filing, Rule 1.6(a) of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Mecca S. Thompson
Docket Specialist

Attachment (Separate Document)

cc: Transferor Judges: Judge James Maxwell Moody; Judge A. Howard Matz; Judge Larry J. McKinney;
        Judge William H. Walls; Judge Frederic Block


1893_T0121907.pdf