

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                      312-435-5698

December 27, 2007

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn NY 11201-1818

Dear Clerk:

**Re: MDL 1893 -- In re: "RC2 Corp. Toy Lead Paint Products Liability Litigation**

　　Your case number:　　1: 07-2525 C. Kelly v RC2 Corp.

　　Our case number:　　07 cv 7189- Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Harry Leinenweber.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Michael W. Dobbins
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　by:　　Anita Baugard
　　　　　　　　　　　　　　　　　　Director of Docketing