# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:07−cv−02525−FB−RER

| | |
|---|---|
| Kelly v. RC2 Corporation | Date Filed: 06/22/2007 |
| Assigned to: Senior−Judge Frederic Block | Date Terminated: 12/27/2007 |
| Referred to: Magistrate−Judge Ramon E. Reyes, Jr | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 385 Prop. Damage Prod. Liability |
| | Jurisdiction: Federal Question |

**Plaintiff**

**C. Kelly**  
*on behalf of herself and all others similarly situated*

represented by **Craig Stuart Lanza**  
Balestriere PLLC  
225 Broadway  
New York, NY 10011  
212−374−5404  
Fax: 212−208−2613  
Email: clanza@balestriere.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RC2 Corporation**

represented by **Lawrence Randolph Bailey**  
Hodgson Russ LLP  
230 Park Avenue  
17th Floor  
New York, NY 10169  
212−751−4300  
Fax: 212−751−0928  
Email: larry_bailey@hodgsonruss.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2007 | "1 | COMPLAINT against RC2 Corporation $ 350, filed by C. Kelly. (Attachments: #1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 06/25/2007) |
| 06/22/2007 | " | Summons Issued as to RC2 Corporation. (Bowens, Priscilla) (Entered: 06/25/2007) |
| 07/26/2007 | "2 | SCHEDULING ORDER:Initial Conference set for 10/3/2007 @12:15 PM in Courtroom A, North Wing before Magistrate−Judge Ramon E. Reyes Jr.( see attached order).Ordered by Judge Ramon E. Reyes Jr. on 7/26/07. (Vertus, Miriam) (Entered: 07/26/2007) |
| 08/22/2007 | "3 | NOTICE of Appearance by Lawrence Randolph Bailey on behalf of RC2 Corporation (aty to be noticed) (Bailey, Lawrence) (Entered: 08/22/2007) |
| 09/11/2007 | "4 | STIPULATION *extending time to answer the complaint until 9/30/07* by RC2 Corporation (Bailey, Lawrence) (Entered: 09/11/2007) |

| | | |
|---|---|---|
| 09/12/2007 | " | ORDER TO ANSWER "granting" re 4 STIPULATION extending time to answer the complaint until 9/28/07 filed by RC2 Corporation. Ordered by Judge Ramon E. Reyes Jr. on 9/12/07. (Vertus, Miriam) (Entered: 09/12/2007) |
| 09/26/2007 | " 5 | STIPULATION *To Stay Action Pending Ruling of Judicial Panel on Multidistrict Litigation* by RC2 Corporation (Bailey, Lawrence) (Entered: 09/26/2007) |
| 09/27/2007 | " 6 | ORDER STAYING CASE for MDL Panel Proceeding. Ordered by Judge Frederic Block on 9/26/2007. (c/m−chambers) (Lee, Tiffeny) (Entered: 09/27/2007) |
| 09/27/2007 | " | TERMINATING SCHEDULING ORDER: Initial Conference currently set for 10/3/2007 @12:15 PM has been adjourned sine die before Magistrate−Judge Ramon E. Reyes Jr.. Ordered by Judge Ramon E. Reyes Jr. on 9/27/07. (Vertus, Miriam) (Entered: 09/27/2007) |
| 12/11/2007 | " 7 | Confidential Letter dated 12/06/2007 to Judge Block from MDL Panel advising that the Panel will enter a transfer order within the next week or so in regards to this action. (Lee, Tiffeny) Modified on 12/27/2007 (Marziliano, August). (Entered: 12/11/2007) |
| 12/19/2007 | " 8 | Email from MDL Panel advising of pending transfer of this action into MDL 1893. (Attachments: # 1 Copy of Transfer Order) (Lee, Tiffeny) (Entered: 12/19/2007) |
| 12/27/2007 | " 9 | Letter dated 12/27/2007 from Northern District of Illinois to Robert C. Heinemann requesting that this case be transferred to the Northern District of Illinois. (Attachments: # 1 Copy of CTO) (Marziliano, August) (Entered: 12/27/2007) |
| 12/27/2007 | " | Case transferred to District of Illinois−Northern. Original file, certified copy of transfer order, and docket sheet sent. (Marziliano, August) (Entered: 12/27/2007) |